FILED
CLERK, U.S. DISTRICT COURT
JUN 9 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

## 2:24-MJ-03386-DUTY

### FINDING RE PROBABLE CAUSE BASED UPON CRIMINAL COMPLAINT

On June 9, 2024, at 2:12 ~~a.m.~~/p.m., Special Agent Jiongwei Cassidy Liu of the Homeland Security Investigations telephonically appeared before me regarding the probable cause arrest of defendant WENHUI HUANG, occurring on June 7, 2024, at Chino Hills, California.

Having reviewed the criminal complaint and agent's affidavit in support of the complaint, a copy of which is attached hereto, the Court finds that there **exists** probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 2320(a)(1) (Conspiracy to Traffic in Counterfeit Goods).

/✓/ It is ordered that defendant WENHUI HUANG be held to answer for proceedings under Federal Rules of Criminal Procedure 5 / 40 on June 10, 2024, at 1:30 p.m. before the Duty Magistrate Judge.

/____/ It is ordered that defendant WENHUI HUANG be discharged from custody on this charge forthwith.

DATED: June 9, 2024, at 2:12 ~~a.m.~~/p.m.

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE